## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS R. WILSON,

          Petitioner

          v.

RONALD D. DETWILER SR., AND KEVIN
E. & IRMA L. DETWILER,

          Respondents

:  No. 89 MAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.